### Gloria MOULTRIE, Plaintiff–Appellant,

v.

STATIONARY ENGINEERS LOCAL 670 AFL–CIO, Dallas Lucas, President, Stationary Engineers Local 670 Afl–Cio, VIP Healthcare Services, Cindy Rosen, Manager, Defendants–Appellees.

Nos. 10–1343–cv(L), 10–1403–cv(CON).

United States Court of Appeals, Second Circuit.

March 4, 2011.

Andrew Schatkin, Law Offices of Andrew J. Schatkin, Jericho, N.Y., for Plaintiff–Appellant.

Richard M. Greenspan, Law Offices of Richard M. Greenspan, P.C., Ardsley, N.Y., for Defendants–Appellees Stationary Engineers Local 670 AFL–CIO and Dallas Lucas.

Jason A. Zoldessy (John A. Snyder, on the brief), Jackson Lewis LLP, New York, N.Y., for Defendants–Appellees VIP Healthcare Services and Cindy Rosen, Manager.

Present: AMALYA L. KEARSE, ROBERT D. SACK, and ROBERT A. KATZMANN, Circuit Judges.

### SUMMARY ORDER

Plaintiff–Appellant Gloria Moultrie appeals from the judgment of the district court dismissing the complaint in its entirety. On appeal, Moultrie argues that the district court erred in concluding that (1) the complaint did not state prima facie claims of race or national origin discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) *et seq.* ("Title VII"), or disability discrimination under the Americans with Disabilities Act of 1990, 42 U.S.C. § 10101 *et seq.*, and (2) Moultrie failed to exhaust her administrative remedies in connection with her Title VII claims. We assume the parties' familiarity with the facts and procedural history of this case.

We have considered Moultrie's arguments and find them to be without merit. For the reasons stated by the district

court in its thorough opinions granting Defendants–Appellees VIP Healthcare Services and Cindy Rosen's motion to dismiss the complaint, *Moultrie v. VIP Health Care Servs.*, No. 08–CV–0457 (DLI)(RML), 2009 WL 750219 (E.D.N.Y. Mar. 19, 2009), and granting Defendants–Appellees Stationary Engineers Local 670 AFL–CIO and Dallas Lucas's motion for judgment on the pleadings, *Moultrie v. VIP Health Care Servs.*, No. 08–CV–0457 (DLI)(RML), 2010 WL 1037693 (E.D.N.Y. Mar. 17, 2010), the judgment of the district court is **AFFIRMED.**